FILED

10/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0284

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RYAN PATRICK DONAHUE,

Defendant and Appellant.

**ORDER**

Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefor,

IT IS HERBY ORDERED that Appellant is granted an extension of time to and including November 1, 2024, within which to prepare, file and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2024